Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| EMERALD TUCKER, Personal Representative of the estate of Anthony Sanchez,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　Defendant. | CV 20-94-GF-BMM<br><br>**STATEMENT OF STIPULATED FACTS** |

The parties jointly submit the following stipulated facts pursuant to Local Rule 16.2(b)(3):

1. Plaintiff Emerald Tucker is the Personal Representative of the Estate of Anthony Sanchez, her deceased brother.

2. Emerald Tucker filed Federal Tort Claim Act claims on February 24, 2020, and the Department of Interior denied the claims on September 24, 2020.

1

3.  The Deputy Coroner for the Blaine County Sheriff's Office concluded that on or about May 29, 2019, Mr. Sanchez hung himself and died.

DATED this 14th day of January, 2021.

/s/ Timothy M. Bechtold
Attorney for Plaintiff

/s/ Randy Tanner
Attorney for Defendant
