Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| EMERALD TUCKER, Personal Representative of the estate of Anthony Sanchez,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                              Defendant. | **CV 20-94-GF-BMM**<br><br>**STIPULATED NOTICE OF DISMISSAL** |
|---|---|

Plaintiff Emerald Tucker and Defendant United States of America now stipulate to the dismissal of this matter with prejudice, each side to bear its own costs and fees.

1

DATED this 20th day of April, 2021.

                                       /s/ Timothy M. Bechtold
                                       Attorney for Plaintiff

                                       /s/ Randy Tanner
                                       Attorney for Defendant